Lavar W. HALL, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 234, 2015

Supreme Court of Delaware.

Submitted: November 12, 2015
Decided: January 12, 2016

AFFIRMED.

Jennifer N. BARRETT and Jack V.
Barrett, Jr.,[1] Respondents
Below, Appellants,

v.

DIVISION OF FAMILY SERVICES,
Petition Petitioner Below,
Appellee.

No. 186, 2015

Supreme Court of Delaware.

Submitted: January 13, 2016
Decided: January 13, 2016

AFFIRMED.